■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADIB MALI, Appellant. [851 NYS2d 897]—Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered on or about September 8, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Nardelli and Catterson, JJ.